1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 SERGEI POGADAJEV,                )
                                    ) No. C 06-6804 JL
13              Plaintiff,          )
                                    )
14       v.                         )
                                    ) STIPULATION TO DISMISS AND
15 US Citizenship and Immigration Services ) [PROPOSED] ORDER
   (USCIS), San Francisco District, and Federal )
16 Bureau of Investigations (FBI), et al., )
                                    )
17              Defendants.         )
   _____)
18

19

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22 action without prejudice in light of the fact that the United States Citizenship and Immigration

23 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

24 adjudicate such application within 30 days of the dismissal of this action.

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stip. to Dismiss
C06-6804 JL                          1

1 | Date: June 11, 2007                          Respectfully submitted,

2 |                                              SCOTT N. SCHOOLS
                                                 United States Attorney
3 |

4 |

5 |                                              EDWARD A. OLSEN
                                                 Assistant United States Attorney
6 |                                              Attorneys for Defendants

7 |

8 |

9 |
    Date: June 11, 2007                          _____
10|                                               SERGEI POGADAJEV
                                                  *Pro Se*
11|

12|                                    **ORDER**

13|          Pursuant to stipulation, IT IS SO ORDERED.

14|
    Date:   June 13, 2007
15|                                              IT IS SO ORDERED
16|                                              [signature]
                                                 Judge James Larson
17|

18|

19|

20|

21|

22|

23|

24|

25|

26|

27|

28|

Stip. to Dismiss
C06-6804 JL                              2